```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07593
   RONALD L SCHUBERT
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5176


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/28/06 and confirmed on 09/15/06.

     2.  The case was dismissed after confirmation, 09/26/2008.

     3.  The Debtor paid a total of $  10999.80 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG           .00           .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE      17539.20           .00        7585.30
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED            544.28          1.19          13.91
DISCOVER BANK              UNSECURED           4879.67           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED            620.43           .00            .00
PARAGON WAY                UNSECURED             80.71           .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED            166.28           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           5892.87           .00            .00
KOHLS                      UNSECURED            715.09           .00            .00
MARSHALL FIELD             UNSECURED         NOT FILED           .00            .00
NICOR GAS                  UNSECURED         NOT FILED           .00            .00
SHELL                      UNSECURED         NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    NOTICE ONLY             .00           .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 17539.20         .00     12899.33        .00      30438.53
PRINCIPAL PAID      7585.30         .00        13.91        .00       7599.21
INTEREST PAID           .00         .00         1.19        .00          1.19
TOTAL PAID          7585.30         .00        15.10        .00       7600.40
The Debtor's attorney, ZALUTSKY & PINSKI                 , was allowed $   3000.00
and was paid $    110.00   direct and $   2890.00   through the plan.

The Trustee received $     509.40 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

```
Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
       CASE NO. 06 B 07593 RONALD L SCHUBERT